1562 First Avenue # 205-1817, New York, NY 10028
Tel/fax: (212)656-1810 • email: lawmail@mail.ru

**STERNIK LAWYERS**

Hon. Brian M. Cogan  
United States Courthouse  
225 Cadman Plaza East  
Brooklyn, NY 11201  
**VIA ECF**

November 6, 2023

RE:   *Funk v. Belneftekhim, et al.*  
1:14-cv-00376 (BMC)

Dear Judge Cogan:

    I am counsel for the estate of Emanuel Zeltser in the above-captioned action. I am writing on behalf of the Zeltser estate to request a one-week extension of time, until November 13, 2023, of today's deadline to oppose the motion in limine filed by Defendants on October 23, 2023, and a reciprocal one-week extension of time for Defendants to file their reply, until November 20, 2023. Defendants' counsel has consented to this request. The reason for this request is that Defendants' motion in limine raises issues that have been previously raised and adjudicated numerous times in this action over the past six years and additional time is needed to complete Plaintiff's opposition.

Respectfully submitted,  
/s/  
Joseph Paukman

cc: All counsel (via ECF)